**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**SEALED 1, Defendant–Appellant.**

**No. 08–10244.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 30, 2009.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Appellant appeals from his guilty-plea conviction and 108–month sentence for conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appellant's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief, the government has filed motion to dismiss in light of a comprehensive appeal waiver, and appellant has filed a statement opposing the motion.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). In light of the valid appeal waiver, the government's motion to dismiss is **GRANTED.** *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.